**UNITED STATES DISTRICT COURT**

**FILED**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA** MAY – 4 2007

CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA,
                    Plaintiff;

              - vs -

LANCE KUEMPEL
                    Defendant.

)
)
)
)
)
)
)
)

Docket No. CR 06-00802-01 JF

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the Judgment and Sentencing hearing originally set for the 16th day of May 2007, be continued until the 25th day of July 2007, at 9:00 a.m.

5-4 07
DATE

JEREMY FOGEL
United States District Judge